76 So.3d 368 (2011)
John CARTER, Appellant,
v.
TBOM MORTGAGE HOLDING CO., Appellee.
No. 3D11-1435.
District Court of Appeal of Florida, Third District.
December 21, 2011.
Morris duPont, for appellant.
Jones Walker Waechter Poitevent Carrere and Denegre, and Todd N. Feldman and Scott H. Silver, Miami, for appellee.
Before WELLS, C.J., and SALTER, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. Fla. R. Civ. P. 1.190; Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla.1979).